CINDY WOOD v.
ADVANCE INDUSTRIAL GROUP, LLC

## SETTLEMENT AGREEMENT

1. This Settlement Agreement (the "Agreement") covers all understandings between CINDY WOOD (hereinafter referred to as "First Party" a term which includes CINDY WOOD and her successors, beneficiaries, personal representatives, legal representatives, spouses, partners, children, heirs or other family members, estate, agents and attorneys), and ADVANCE INDUSTRIAL GROUP, LLC (hereinafter referred to as "Second Party" a term which for purposes of this Agreement includes ADVANCE INDUSTRIAL GROUP, LLC and all of their current and former employees, agents, directors, contractors, vendors, clients, customers, officers, directors, trustees, owners, principals, affiliates, successors, predecessors, related corporations or entities, parent companies, subsidiaries, divisions, assigns, beneficiaries, legal representatives, employee leasing companies, professional employer organizations, insurance carriers, reinsurers, agents, and attorneys) relating to the claims asserted by First Party in the lawsuit styled: CINDY WOOD v. ADVANCE INDUSTRIAL GROUP, LLC, Case No. 8:22-cv-00883-TPB-CPT, pending before the United States District Court for the Middle District of Florida, Tampa Division (the "Lawsuit").

2. For and in consideration of the payment outlined in Paragraph 3 of this Agreement, First Party agrees as follows:

    a. To dismiss with prejudice all claims asserted in the Lawsuit.

    b. To agree and acknowledge that this settlement is the good faith compromise of a bona fide dispute as to liability and does not constitute an admission by Second Party of any violation of any federal, state, or local statute, rule or regulation, common law, or any other law or authority whatsoever, or any violation of any of First Party's rights or of any duty owed by Second Party to First Party. The parties acknowledge that Second Party expressly denies liability for any alleged wage, hour, or overtime violations towards First Party or any other employee, and denies that it has violated any law.

    c. That the below-referenced amount in paragraph 3 paid by Second Party represents a sum to which First Party would not be entitled absent his entering into this Agreement and providing Second Party the consideration in this Agreement. First Party has determined there is sufficient consideration and this is a fair exchange.

3. For and in consideration of the promises made by First Party in Paragraph 2 of this Agreement, and subject to Paragraph 7, Second Party agrees to pay First Party the total consideration of **$15,000.00** within 21 days of Second Party's receipt of this Agreement with signature of First Party, Second Party's receipt of a current W-4 and W-9 for First Party, Second Party's Receipt of a current

EXHIBIT A

CINDY WOOD v.
ADVANCE INDUSTRIAL GROUP, LLC

    W-9 for First Party's Attorney, and Court approval of the herein Agreement as follows:

    a. One check made payable to **CINDY WOOD** in the amount of **$4,270.75** which is payment for liquidated damages. Taxes will not be withheld but a Form 1099 will be issued. First Party agrees that she will be responsible for all taxes on payment made herein including employer share of payroll taxes if the IRS successfully contests payments of the amounts herein.

    b. One check made payable to **CINDY WOOD** in the amount of **$4,270.75**, which is subject to payroll taxes that will be deducted from the $4,270.75, and a Form W-2 will be issued. This actual check received by First Party will be for less than $4,270.75 as it will have applicable payroll taxes and other deductions taken out.

    c. One check made payable to **RICHARD CELLER LEGAL, P.A.** in the amount of **$6,458.50**, which is payment for costs and attorney's fees incurred and a Form 1099 will be issued.

4. First Party and Second Party agree that this Agreement is entered into knowingly and voluntarily, after having the opportunity to fully discuss it with an attorney. First Party has been represented by an attorney with regard to these matters, including the execution of this Agreement. Having had the opportunity to obtain the advice of legal counsel to review, comment upon, and redraft the agreement, the Parties agree that the Agreement shall be construed as if the Parties jointly prepared it so that any uncertainty or ambiguity shall not be interpreted against any one party and in favor of the other.

5. Should any provision of this Agreement be declared or determined by any court of competent jurisdiction to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be affected thereby and said illegal or invalid part, term, or provision shall be deemed not to be a part of this Agreement and all other valid provisions shall survive and continue to bind the parties.

6. This Agreement may be executed in several counterparts, each of which shall be deemed an original.

7. The law governing this Agreement shall be that of the State of Florida, and venue shall be the the United States District Court for the Middle District of Florida, Tampa Division.

CINDY WOOD v.
ADVANCE INDUSTRIAL GROUP, LLC


DATE: Jul 12, 2022   Signature: *CINDY WOOD*
                                CINDY WOOD (Jul 12, 2022 16:04 EDT)
                                CINDY WOOD


DATE: JUL 14, 22   Signature: Thales Jacques
                              ADVANCE INDUSTRIAL GROUP, LLC

　　　　　　　　　Print name: Thales Jacques

　　　　　　　　　Title:　　　President

# Wood, Cindy - Settlement Agreement

Final Audit Report                                                                                   2022-07-12

| | |
|---|---|
| Created: | 2022-07-12 |
| By: | Ethan Conklin (ethan@floridaovertimelawyer.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnQaylebE9aYDBjKNiGOtpOrD9tKaCv4m |

## "Wood, Cindy - Settlement Agreement" History

- Document created by Ethan Conklin (ethan@floridaovertimelawyer.com)
  2022-07-12 - 3:40:45 PM GMT

- Document emailed to cindywood08@yahoo.com for signature
  2022-07-12 - 3:48:43 PM GMT

- Email viewed by cindywood08@yahoo.com
  2022-07-12 - 8:02:57 PM GMT

- Document e-signed by CINDY WOOD (cindywood08@yahoo.com)
  Signature Date: 2022-07-12 - 8:04:09 PM GMT - Time Source: server

- Agreement completed.
  2022-07-12 - 8:04:09 PM GMT

Adobe Acrobat Sign