UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CINDY WOOD,

    Plaintiff,

v.                                                 Case No. 8:22-cv-883-TPB-CPT

ADVANCE INDUSTRIAL
GROUP, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on November 3, 2022. (Doc. 35). Judge Tuite recommends that the "Joint Motion for Approval of Settlement and Incorporated Memorandum of Law" (Doc. 30) be granted. The parties filed a joint notice of non-objection. (Doc. 36).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*,

677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, the Court adopts the report and recommendation. The Court agrees with Judge Tuite's detailed and well-reasoned factual findings and legal conclusions. Consequently, the joint motion is granted, the settlement is approved, and this case is dismissed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Tuite's report and recommendation (Doc. 35) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The "Joint Motion for Approval of Settlement and Incorporated Memorandum of Law" (Doc. 30) is hereby **GRANTED**.

(3) The Settlement Agreement (Doc. 30-1) is **APPROVED**.

(4) Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

(5) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>9th</u> day of November, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**